# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT NOCK, *on behalf of himself and others similarly situated*<br><br>*Plaintiff,*<br><br>v.<br><br>PALMCO ADMINISTRATION, LLC, d/b/a Indra Energy; and PALMCO POWER MD, LLC, d/b/a Indra Energy<br><br>*Defendants.* | Case No. 1:24-00662-RBD<br><br>**PROPOSED ORDER GRANTING PLAINTIFF ROBERT NOCK'S CONSENT REQUEST FOR RELIEF UNDER THE CABLE COMMUNICATIONS POLICY ACT AND FOR EXTENSION OF DEADLINES IN THE COURT'S JULY 26, 2024 ORDER** |

THIS MATTER having come before the Court on the Consent Motion of Plaintiff Robert Nock, with the consent of Defendants PalmCo Administration, LLC, PalmCo Power MD, LLC, and PalmCo Energy MD, LLC ("Defendants"), and for good cause shown, enters this order.

The Court finds that (1) Nock has shown good cause for an order under 47 U.S.C. § 551(c)(2)(B); (2) Defendants represent that they will complete the production under the July 26, 2024 order by September 6, 2024; and (3) the relief provided in this order moots or defers those matters encompassed by the parties' pending dispute presently referred to Judge Adam B. Abelson. (*Cf.* ECF Nos. 36, 37, 38.) Based on the foregoing, it is hereby:

**ORDERED** that Nock's Consent Motion is GRANTED;

**ORDERED** that the discovery letter deadlines and hearing set in the Court's August 16, 2024 order (ECF No. 38) are taken off-calendar (without prejudice to any later motion);

**ORDERED** that (1) Nock is authorized to issue a subpoena on Comcast Corporation for documents sufficient to identify the person(s) using of the IP address identified in Defendants' August 9, 2024 production during June 2022; (2) Comcast Corporation is authorized to comply with such subpoena and to produce documents responsive to Nock's subpoena under 47 U.S.C. §

551(c)(2)(B), but that it shall give notice of this order to the relevant subscriber when it produces documents responsive to Nock's subpoena;

**ORDERED** that Nock's time to take the deposition of Jonathan Cleckley is extended until 23 days after Defendants certify that their document production is complete; and it is also

**ORDERED** that the deadlines in the current Scheduling Order (ECF No. 36) are tolled as follows until Defendants complete document production (without prejudice to any motion for further modifications):

| Event: | Deadline: |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures | 4 weeks from Indra's production (October 4, 2024) |
| Defendants' Rule 26(a)(2) disclosures | 8 weeks from Indra's production (November 1, 2024) |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | 10 weeks from Indra's production (November 15, 2024) |
| Rule 26(e)(2) supplementation of disclosures and responses | 11 weeks from Indra's production (November 22, 2024) |
| Discovery deadline; submission of status report | 16 weeks from Indra's production (January 3, 2025) |
| Requests for admission | 18 weeks from Indra's production (January 17, 2025) |
| Dispositive pretrial motions deadline | 5 weeks after requests for admission (February 25, 2025) |

Dated: 8/22/2024     By: /s/
                          Richard D. Bennett
                          United States Senior District Judge