IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT NOCK, *on behalf of himself and others similarly situated*<br><br>*Plaintiff,*<br><br>v.<br><br>PALMCO ADMINISTRATION, LLC, d/b/a Indra Energy; and PALMCO POWER MD, LLC, d/b/a Indra Energy,<br><br>*Defendants*. | No. 1:24-00662 |

**<u>PROPOSED ORDER</u>**

This matter, having been brought before the Court by Preston Law Offices and Kimmel & Silverman, P.C., Counsel for Plaintiff, Robert Nock ("Plaintiff"), and Cozen O'Connor, Counsel for Defendants, Palmco Administration, LLC d/b/a Indra Energy Administration, Palmco Power MD, LLC d/b/a Indra Energy and Palmco Energy MD, LLC d/b/a Indra Energy (collectively, "Defendants"), jointly raising discovery disputes for the Court's consideration; and the Court having the considered the Parties' requests and oppositions and all filings submitted, and for good cause shown, it is on this ___ day of _____ 2024;

**ORDERED** that Plaintiff's requests for additional discovery in ECF No. 56 are **DENIED;** and **IT IS FURTHER ORDERED** that Defendants' Request to Bifurcate Individual and Class Discovery, and in the alternative, for a Protective Order (ECF No. 54) is **GRANTED**.

The Parties are **ORDERED** to complete discovery into solely those matters relevant to Plaintiff's individual claims, that is, whether Plaintiff received telephone calls from Defendants or

1

their agents on the dates alleged in the Complaint, within sixty (60) days of the date of the entry of this Order.

The Parties are further **ORDERED** to submit any respective motions for summary judgment on Plaintiff's individual claims within ninety (90) days of the date of entry of this Order, any respective oppositions to motions for summary judgment within one hundred twenty (120) days of the entry of this Order, and any respective replies in support within one hundred fifty (150) days of entry of this Order.

**SO ORDERED.**

_____
Honorable J. Mark Coulson, U.S.M.J.