IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT NOCK, *on behalf of himself and others similarly situated*,   *

    *Plaintiff*,

  v.   *   Civil Action No. RDB-24-662

    *

PALMCO ADMINISTRATION, LLC, *et al.*,
    *
    *Defendants.*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **MEMORANDUM ORDER**

Presently pending in the above-captioned case is (1) Defendant PalmCo Administration LLC's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 20), which sought to dismiss the originally-filed complaint (ECF No. 1) pursuant to Fed. R. Civ. P. 12(b)(2); and (2) Plaintiff Robert Nock's Partially Opposed Request to Extend Deadline (ECF No. 21), which sought an extension of time to respond to the aforementioned motion to dismiss. On June 10, 2024, Plaintiff filed an Amended Complaint (ECF No. 28), which all three Defendants subsequently answered (ECF Nos. 31 (Defendant PalmCo Administration LLC's Answer), 32 (Defendants PalmCo Energy MD, LLC and PalmCo Power MD, LLC's Answer)). As such, the pending Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 20) and Partially Opposed Request to Extend Deadline (ECF No. 21) are both MOOT. Accordingly, it is HEREBY ORDERED this 24th day of February, 2025, that:

    1. Defendant PalmCo Administration LLC's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 20) is DENIED AS MOOT;

2. Plaintiff Robert Nock's Partially Opposed Request to Extend Deadline (ECF No. 21) is DENIED AS MOOT; and

3. The Clerk of the Court shall transmit a copy of this Order to counsel of record.

/s/
Richard D. Bennett
United States Senior District Judge