UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT NOCK, *on behalf of himself and others similarly situated*<br><br>*Plaintiff,*<br><br>v.<br><br>PALMCO ADMINISTRATION, LLC, d/b/a Indra Energy; and PALMCO POWER MD, LLC, d/b/a Indra Energy<br><br>*Defendants.* | No. 1:24-cv-00662-RBD |
| ELIAS SAVADA*, on behalf of himself and others similarly situated*<br><br>*Plaintiff,*<br><br>v.<br><br>RRH ENERGY SERVICES, LLC, SPRING ENERGY RRH, LLC, RICHMOND ROAD HOLDINGS, LLC, KIWI ENERGY NY LLC, STEPHEN ESKRIGGE, DONALD CHEESMAN, RICHARD BOOTH, MICHAEL LORDI, LISA HAWKINS, PALMCO ADMINISTRATION, LLC, PALMCO POWER MD, LLC, PALMCO ENERGY MD, LLC,<br><br>*Defendants.* | No. 1:25-cv-01156-JMC |

**NOTICE OF FILING OF PHYSICAL EXHIBIT**

Plaintiffs, Robert Nock and Elias Savada, by and through counsel, have physically filed with the Clerk of Court certain exhibits to which cannot be converted to PDF format and filed electronically. These exhibits exists on a physical medium (namely a USB flashdrive.) and will be filed with the Clerk's Office in their physical format. Specifically, these exhibits are related to

the reply brief filed at ECF No. 120 in *Nock v. PalmCo Administration, et al,* 1:24-cv-00662-RBD ("*Nock*") and ECF No. 51 in *Savada v. RRH Energy, et al,* 1:25-cv-01156-JMC ("*Savada*"). The exhibits are subject to the motions for leave to file under seal filed at ECF No. 121 in *Nock* and ECF No. 52 in *Savada*.

The exhibits are as follows:

Nock RRH Exhibit 102 (audio)

Nock RRH Exhibit 103 (audio)

Nock RRH Exhibit 105 (Excel spreadsheet)

Nock RRH Exhibit 141 (audio)

Nock RRH Exhibit 142 (audio)

Nock RRH Exhibit 144 (audio)

Nock RRH Exhibit 196 (audio)

Nock RRH Exhibit 197 (audio)

I certify that, within 24 hours of the filing of this Notice, I will file and serve physical copies of the exhibits identified above. Specifically, I have caused a package to be sent to the courthouse via FedEx to be delivered July 11, 2025. I have emailed same to defense counsel.

Dated: July 10, 2025         By:   */s/ Jacob U. Ginsburg*
                                    Jacob U. Ginsburg, Esq. (*pro hac vice*)
                                    KIMMEL & SILVERMAN, P.C.
                                    30 East Butler Ave.
                                    Ambler, PA 19002
                                    Phone: (267) 468-5374
                                    Facsimile: (877) 788-2864
                                    Email: jginsburg@creditlaw.com
                                    teamkimmel@creditlaw.com

                                    Ethan Preston

ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197
*Attorneys for Plaintiff Robert Nock, on his own behalf, and behalf of all others similarly situated*

### CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that a copy of the foregoing document was this date served upon the parties below under Fed. R. Civ. P. 5(b) via the Court's electronic filing system:

Ryan D. Watstein
Logan R. Leonard
James Michael Ruley
Watstein Terepka LLP
1055 Howell Mill Road, 8th Floor
Atlanta, Georgia 30318

Charles A. Zdebski
Cozen O'Connor
1200 19th Street NW, 3rd Floor
Washington, DC 20036

Dated: July 10, 2025        By: */s/ Jacob U. Ginsburg*